**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JULIA RAMOS,

                              Plaintiff,

            -against-                                            23 **CIVIL** 9897 (JLC)

                                                              <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY

                              Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated August 13, 2024, Ramos's motion for judgment on

the pleadings is denied. Judgment is entered for the Commissioner of Social Security.

**Dated:**  New York, New York

      August 13, 2024

                                                 **DANIEL ORTIZ**
                                        **Acting Clerk of Court**

               **BY:**

                              _____
                                        **Deputy Clerk**